1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Email: Audrey.Hemesath@usdoj.gov
5
6  Attorneys for Defendants
7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
9  LISA ROSE FERDINAND,                    )
10                                          )  Case No.: 2:14-cv-1535 MCE DAD
                 Plaintiff,                 )
11                                          )  **Joint Stipulation and Order re: Extension**
          v.                                )  **of Time**
12                                          )
13 ERIC H. HOLDER, Jr., et al.,             )
                                            )
14              Defendants.                 )
                                            )
15                                          )
                                            )
16 _____

17      This is an immigration case in which plaintiffs appeal the revocation of an I-130 visa

18 petition by defendants United States Citizenship and Immigration Services.  As of the time of

19 this filing, USCIS intends to reopen the matter administratively.  The parties therefore stipulate

20
   that the time for filing the government's answer to the Complaint be extended to January 2,
21
   2015, toward the end of allowing a readjudication of the petition at the administrative level. The
22
   parties will file the joint status report on that same date.
23

24 Dated: August 26, 2014               Respectfully submitted,
25
                                        BENJAMIN B. WAGNER
26                                      United States Attorney
27
                                        /s/ Audrey B. Hemesath
28                                      AUDREY B. HEMESATH
                                        Assistant U.S. Attorney

                                        1

1

2

3    DATED: August 26, 2014                    Respectfully submitted,
                                               /s/ Wahida Noorzad
4                                              Wahida Noorzad
                                               Attorney for the Plaintiff
5

6

7

8                                          ORDER

9        Pursuant to this joint stipulation, the government's answer date is extended to January 2,

10   2015.   The parties shall file a joint status report on that same date.

11       IT IS SO ORDERED.

12   Dated:  September 3, 2014

13

14   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
15   UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

2