BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ROSE FERDINAND,<br><br>        Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, et al.,<br><br>        Respondents. | Case No. 2:14-cv-1535 MCE DAD<br><br>STIPULATION TO DISMISSAL AND ORDER |

This is an immigration case in which petitioner Lisa Rose Ferdinand challenges the denial of her I-130 visa petition by United States Citizenship and Immigration Services. Petitioner has now withdrawn the I-130 petition, and agrees to dismissal of this lawsuit pursuant to Fed. R. Civ. P. 41(a)(2). Each side is to bear its own cost of litigation.

January 5, 2015

                                                       Respectfully Submitted,

                                                       BENJAMIN B. WAGNER
                                                     United States Attorney

                                  By:    /s/ Audrey B. Hemesath
                                         Audrey B. Hemesath
                                         Assistant United States Attorney

                                  By:    /s/ Wahida Noorzad
                                         Wahida Noorzad
                                         Saad Ahmad & Associates

IT IS SO ORDERED.

Dated:  January 14, 2015

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT